IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02780-BNB

BRICE DAVID MILLER,

    Applicant,

v.

KEVIN L. MILYARD, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2010

GREGORY C. LANGHAM
                   CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Brice David Miller, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Miller filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

The Court must construe the Application liberally because Mr. Miller is a *pro se* litigant. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. See **Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Miller will be ordered to file an Amended Application.

The Court has reviewed the Application and finds that it is deficient. Mr. Miller fails to assert claims that comply with Rule 8 of the Federal Rules of Civil Procedure. The Federal Rules of Civil Procedure apply to applications for habeas corpus relief.

*See* Fed. R. Civ. P. 81(a)(4); ***Browder v. Director, Dep't of Corrections***, 434 U.S. 257, 269 (1978); ***Ewing v. Rodgers***, 826 F.2d 967, 969-70 (10th Cir. 1987). Pursuant to Fed. R. Civ. P. 8(a), a pleading "shall contain (1) a short and plain statement of the for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought." Fed. R. Civ. P. 8(d)(1) provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Miller's Application is prolix and confusing. Section "C. Claims" merely incorporates Exhibit C to his Application. Exhibit C is a copy of a "Writ of Hebeas [sic] Corpus Corum Nobes [sic]" that he filed in the El Paso County District Court. However, Exhibit C is itself unintelligible. It is not clear from a review of Ex. C what Mr. Miller is challenging, except for some general references to the trial court's jurisdiction. Mr. Miller is advised that 28 U.S.C. § 2241 is available to challenge the execution of a state prisoner's sentence, while 28 U.S.C. § 2254 is used to challenge the validity of a sate court conviction and/or sentence. *See **McIntosh v. United States Parole Comm'n***, 115 F.3d 809, 811 (10th Cir. 1997).

Although Mr. Miller has failed to comply with Fed. R. Civ. P. 8, he will be given an opportunity to file an Amended Application. Accordingly, it is

ORDERED that Mr. Miller file, **within thirty days from the date of this Order,** an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2241 or 28 U.S.C. § 2254 that complies with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Miller, together with a copy of this Order, two copies of the following Court-approved forms to use in filing the Amended Application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Miller fails within the time allowed to file an Amended Application, as directed, the action will be dismissed without further notice.

DATED December 21, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02780-BNB

Brice David Miller
Prisoner No. 93371
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.** to the above-named individuals on December 21, 2010.

                      GREGORY C. LANGHAM, CLERK

                By: _____
                            Deputy Clerk