IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02780-BNB

BRICE DAVID MILLER,

    Applicant,

v.

KEVIN L. MILYARD, Warden,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Brice David Miller, is in the custody of the Colorado Department of Corrections and is incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Miller filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On December 21, 2010, Magistrate Judge Boyd N. Boland determined that the Application was deficient because it did not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Accordingly, Mr. Miller was directed to file an amended application within thirty (30) days. The December 21 Order warned Mr. Miller that failure to file an amended application within the time allowed would result in dismissal of this action without further notice.

On January 18, 2011, Mr. Miller requested a ninety day extension of time to file his amended application. (*See* Doc. No. 6). Magistrate Judge Boland granted him a thirty-day extension. See January 19, 2011 Minute Order. Mr. Miller thereafter sought

a second ninety-day extension of time. (*See* Doc. No. 8). He was granted until March 15, 2011 to file his amended application. *See* January 24, 2011 Minute Order. The January 24 Minute Order warned Mr. Miller that failure to file an amended application within the time allowed and in compliance with the December 21 Order would result in dismissal of the application and of this action without prejudice and without further notice.

Mr. Miller has not filed an amended application as directed by the December 21 and January 24 Minute Orders. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Brice David Miller, to comply with the Order Directing Applicant to File Amended Application dated December 21, 2010 and the Minute Order dated January 24, 2011. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __21st__ day of ___March___, 2011.

BY THE COURT:

_s/Lewis T. Babcock_
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02780-BNB

Brice David Miller
Prisoner No. 93371
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk