IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02780-LTB

BRICE DAVID MILLER,

    Applicant,

v.

KEVIN L. MILYARD, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2011

GREGORY C. LANGHAM
                  CLERK

## ORDER

Applicant, Brice David Miller, is in the custody of the Colorado Department of Corrections and is incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Miller filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Application was dismissed without prejudice on March 21, 2011, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for Mr. Miller's failure to comply with court orders. *See* Order of Dismissal (Doc. No. 11). Judgment entered the same day. (Doc. No. 12).

On March 21, 2011, Mr. Miller also filed a document titled "Change of Venue" (Doc. No. 10), which the Court construes liberally as a motion. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). In that document, Mr. Miller, referring to himself as the "appellant," states as follows:

> [I herein] give[ ] NOTICE OF APPEAL from United States District court, Colorado to United States District Court, D.C. District for DeNovo Review of denied state of Colorado Writ of Habeas Corpus where all courts have

1

been exhausted through "lack of process" and the 10th U.S. District Court holds a States bias . . .

(Doc. No. 10 at 1).

Mr. Miller is advised that to the extent he seeks to appeal a ruling by the United States District Court for the District of Colorado, he must appeal to the Tenth Circuit Court of Appeals, not the D.C. Circuit Court of Appeals. *See* 28 U.S.C. §§ 41, 1294. However, only a final order is appealable. *See* 28 U.S.C. § 1291. At the time Mr. Miller filed his "Change of Venue," he had not yet received the March 21 Order of Dismissal. The Court's December 21, 2010 Order Directing Applicant to File Amended Application (Doc. No. 5) and subsequent Minute Orders ruling on his motions for extensions of time to comply with that order are not final appealable orders. Furthermore, Mr. Miller asserts no valid basis for this Court to transfer venue to the United States District Court for the District of Columbia. And, in any event, such a request is mooted by the Court's March 21 dismissal order. Accordingly, it is

ORDERED that Mr. Miller's "Change of Venue" motion is DENIED.

DATED at Denver, Colorado, this __29th__ day of __March__, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02780-BNB

Brice David Miller
Prisoner No. 93371
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 30, 2011.

                                GREGORY C. LANGHAM, CLERK

By: _____
                          Deputy Clerk